# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gregory, Roger L. | US Court of Appeals - 4th Cir. | 05/15/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

1000 East Main Street
Suite 212
Richmond, VA 23219-3517

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | ChildFund International |
| 2. | Trustee | Virginia Historical Society |
| 3. | Trustee | University of Richmond |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L. | 05/15/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | See Section VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Florida Coastal School of Law | Feb. 1, 2012 - Feb 2, 2012 | Jacksonville, FL | Keynote Speaker | Travel, Lodging, Meal |
| 2. | International Assoc. of Defense Counsel (IADC) | Feb. 13, 2012 - Feb. 14, 2012 | Palm Springs, CA | Keynote Speaker | Travel, Lodging |
| 3. | University of Michigan Law School | April 2, 2012 - April 2, 2012 | Detroit, MI | Moot Court Competition | Travel, Meal |
| 4. | ABA Sections Meeting | June 1, 2012 - June 2, 2012 | Washington, DC | ABA Committee Meeting | Travel, Lodging, Meals |
| 5. | Just the Beginning Foundation | Sept. 21, 2012 - Sept. 23, 2012 | Chicago, IL | Professional Assoc. Conference | Travel, Lodging, Meals |

| 6. | Harvard Law School | Oct. 13, 2012 - Oct. 13, 2012 | Boston, MA | Cooper v. Aaron Conference | Travel |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
| --- | --- |
| Gregory, Roger L. | 05/15/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Suntrust Bank Interest Checking | A | Interest | J | T | | | | | |
| 2. Prudential Insurance Annuity | D | Dividend | L | T | | | | | |
| 3. Philip Morris Profit Sharing Plan (401K) | G | Dividend | O | T | | | | | |
| 4. ManuLife Financial - Common Stock | B | Dividend | K | T | | | | | |
| 5. New York Life IRA - Fixed Annuity | A | Interest | J | T | | | | | |
| 6. RiverSource Life Insurance Company IRA Fixed | A | Interest | K | T | | | | | |
| 7. Consolidated Bank & Trust/Premier Bank | A | Interest | J | T | | | | | |
| 8. John Hancock Life Ins. - term & whole life policy | B | Dividend | L | T | | | | | |
| 9. New York Life Ins. Co. - term & whole life policy | A | Interest | J | T | | | | | |
| 10. Intel Corp. - Common Stock | A | Dividend | J | T | | | | | |
| 11. Call Federal Credit Union | A | Interest | J | T | | | | | |
| 12. Kraft Foods, Inc. - Common Stock | A | Dividend | | | Sold | 02/13/12 | J | A | Stock Market |
| 13. Metropolitan Life Control Accout | D | Interest | M | T | | | | | |
| 14. SunTrust Money Market Account | A | Interest | K | T | | | | | |
| 15. John Hancock Safe Access Account | A | Interest | J | T | | | | | |
| 16. Altria Group, Inc. & Philip Morris Int'l Common Stocks | A | Dividend | J | T | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L. | 05/15/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

III. NON-INVESTMENT INCOME.

A. Filer's

Pursuant to § 102 of the Act, I have not received honoraria and/or non-ivestment income for 2012. Donation on my behalf has been made to a charitable organization. However, I did not receive income and/or derive financial benefit from the charitable organization. The contribution did not exceed $2000.00. 5 U.S.C. app § 501 (b) & (c).

The contribution was as follows:

February 3, 2012 - Florida Coastal School of Law - $1500.00 - Keynote Speaker

A confidential recipient list is reported under separate cover.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Roger L. Gregory**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544